1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  JOSHUA S. WHITE, State Bar #237223
   BLAKE P. LOEBS, State Bar #145790
4  Deputy City Attorney
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4259 (White)
6  Telephone:     (415) 554-3868 (Loebs)
   Facsimile:     (415) 554-3837
7  Email address:     joshua.white@sfgov.org
   Email address:     blake.loebs@sfgov.org
8

9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

11

12                           UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14 | KAREN NAJARRO,                              | Case No. CV 09-2871 CRB
15 |                                             |
   |     Plaintiff,                              | **STIPULATION AND [PROPOSED] ORDER
16 |                                             | TO CONTINUE INITIAL CASE
   |     vs.                                     | MANAGEMENT CONFERENCE**
17 |                                             |
   | CITY AND COUNTY OF SAN                      |
18 | FRANCISCO, TREVOR ADAMS, and DOES           |
   | 1-50, inclusive,                            | Trial Date:         Not Set
19 |                                             |
   |     Defendants.                             |
20

21

22
        The initial Case Management Conference is currently scheduled for Friday, October 2, 2009 at
23
   8:30 a.m.  The City was not served with the Complaint until September 9, 2009.  Plaintiff has granted
24
   the City a two-week extension to respond to the Complaint.  The City's response is now due October
25
   13, 2009.  The parties request a continuance of the initial Case Management Conference to Friday,
26
   November 13, 2009 at 8:30 a.m., subject to the Court's availability.
27

28

Stip. & Proposed Order to Continue Initial CMC              1                    n:\lit\li2009\100282\00582064.doc
Najarro vs. CCSF, et al. CV09-2871

1   There is good cause for this continuance.  The initial Case Management Conference is
2  currently scheduled to occur eleven days before the City's response is due.  Unless initial Case
3  Management Conference is continued, the parties will not have sufficient time to meet and confer, nor
4  will the City have sufficient time to conduct the investigation necessary to complete its initial
5  disclosures.
6   Accordingly, the parties respectfully request that the Court continue the case management
7  conference to Friday, November 13, 2009 at 8:30 a.m., subject to the Court's availability.

Dated:  September 21, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney

By:  /s/ Joshua S. White
JOSHUA S. WHITE
Attorneys for Defendants

Dated:  September 21, 2009

By:  /s/ Kenneth Frucht
KENNETH FRUCHT

Attorney for Plaintiff

[The filer of this document attests that concurrence in the filing of
this document has been obtained from plaintiff,
and shall serve in lieu of his signature.]

## ORDER

The Case Management Conference currently set for October 2, 2009 at 8:30 a.m. is continued to November 13, 2009 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  Sept. 22, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer