```
DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JOSHUA S. WHITE, State Bar #237223
BLAKE P. LOEBS, State Bar #145790
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4259 (White)
Telephone:    (415) 554-3868 (Loebs)
Facsimile:    (415) 554-3837
Email address:    joshua.white@sfgov.org
Email address:    blake.loebs@sfgov.org


Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NAJARRO, | Case No. CV 09-2871 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, TREVOR ADAMS, and DOES 1-50, inclusive, | Trial Date:    Not Set |
| Defendants. | |

WHEREAS in response to Plaintiff's Complaint, Defendants filed an anti-SLAPP motion pursuant to California Code of Civil Procedure § 425.16.

WHEREAS Plaintiff and Defendants have agreed that the anti-SLAPP motion shall be withdrawn, and Plaintiff shall file a First Amended Compaint that does not include any state law causes of action.

Stipulation re: Response to Complaint
Najarro vs. CCSF, et al. CV09-2871

1

c:\documents and settings\aburciag\local
settings\temp\notesfff692\najarro.stipulation.doc

Accordingly, the parties stipulate that Defendants need not respond to the original Complaint.

Dated: November 13, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney

By: /s/ Joshua S. White
JOSHUA S. WHITE
Attorneys for Defendants

Dated: November , 2009

By: /s/ Kenneth Frucht
KENNETH FRUCHT

Attorney for Plaintiff

[The filer of this document attests that concurrence in the filing of this document has been obtained from plaintiff, and shall serve in lieu of his signature.]

**ORDER**

Defendants need not respond to the original Complaint.

IT IS SO ORDERED.

Dated:

HONORABLE
UNITED

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Stipulation re: Response to Complaint
Najarro vs. CCSF, et al. CV09-2871

2

c:\documents and settings\aburciag\local settings\temp\notesfff692\najarro.stipulation.doc