1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   JOSHUA S. WHITE, State Bar #237223
4  Deputy City Attorney
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868 (Loebs)
6  Telephone:    (415) 554-4259 (White)
   Facsimile:    (415) 554-3837
7  Email address:       blake.loebs@sfgov.org
   Email address:       joshua.white@sfgov.org
8

9  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NAJARRO, | Case No. CV 09-2871 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, TREVOR ADAMS, and DOES 1-50, inclusive, | |
| | Trial Date:      Not Set |
| Defendants. | |

Stipulation & Proposed Order to Continue CMC        1        n:\lit\li2009\100282\00596386.doc
Najarro vs. CCSF, et al. CV09-2871

1  At the November 13, 2009 Case Management Conference, the Court set a Further Case Management Conference for December 11, 2009, and ordered the parties to obtain a copy of the trial transcript from the criminal trial proceedings of Plaintiff Karen Najarro, and to read and review the transcripts prior to the December 11, 2009 CMC. Defendants have contacted the Court Reporter for the criminal proceedings, but she has advised that she will be unable to complete the transcripts of the seven witnesses who testified at trial before December 17, 2009.  As a result, the parties seek a continuance of the December 11, 2009 Case Management Conference.  Therefore, THE PARTIES TO THE ABOVE-ENTITLED ACTION HEREBY STIPULATE to continue the Further Case Management Conference previously set for December 11, 2009 at 8:30 a.m., to  January 8, 2010   .

IT IS HEREBY STIPULATED BY THE PARTIES:

Dated:  December 6, 2009

                                DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Deputy
                                BLAKE P. LOEBS
                                JOSHUA S. WHITE
                                Deputy City Attorneys

                      By:/s/_____
                           JOSHUA S. WHITE

                           Attorneys for Defendant
                           CITY AND COUNTY OF SAN FRANCISCO

Dated:  December 4,2009

                           LAW OFFICES OF KENNETH FRUCHT

                      By: /s/    *Kenneth Frucht*_____
                           KENNETH FRUCHT

                           Attorneys for Plaintiff
                           KAREN NAJARRO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                               [~~PROPOSED~~] ORDER

2       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5     Dated: __December 8, 2009____



Stipulation & Proposed Order to Continue CMC     4     n:\lit\li2009\100282\00596386.doc
Najarro vs. CCSF, et al. CV09-2871