1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | BLAKE P. LOEBS, State Bar #145790
JOSHUA S. WHITE, State Bar #237223
4 | Deputy City Attorney
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone: (415) 554-3868 (Loebs)
6 | Telephone: (415) 554-4259 (White)
Facsimile: (415) 554-3837
7 | Email address: blake.loebs@sfgov.org
Email address: joshua.white@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN NAJARRO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, TREVOR ADAMS, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 09-2871 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: Not Set |

At the November 13, 2009 Case Management Conference, the Court set a Further Case Management Conference for December 11, 2009, and ordered the parties to obtain a copy of the trial transcript from the criminal trial proceedings of Plaintiff Karen Najarro, and to read and review the transcripts prior to the December 11, 2009 CMC. Subsequently, the parties sought a stipulated continuance of the December 11 CMC because the Court Reporter advised that she would not have the transcript completed by the date set for the CMC. The Court thereafter ordered the CMC continued to January 8, 2010.

1    On December 28, 2009, the Court Reporter advised that the transcript would be ready in
2 approximately two weeks.  As a result, the parties will not have an opportunity to read the transcript
3 by the continued date of January 8, 2010.  Consequently, the parties seek a two-week continuance of
4 the January 8, 2010 Case Management Conference.  Therefore, THE PARTIES TO THE ABOVE-
5 ENTITLED ACTION HEREBY STIPULATE to continue the Further Case Management Conference
6 previously set for January 8, 2010 at 8:30 a.m., to _January 29, 2010 @ 8:30 a.m._____.

7    IT IS HEREBY STIPULATED BY THE PARTIES.

Dated:  December 30, 2009

                                           DENNIS J. HERRERA
                                           City Attorney
                                           JOANNE HOEPER
                                           Chief Trial Deputy
                                           BLAKE P. LOEBS
                                           JOSHUA S. WHITE
                                           Deputy City Attorneys


                            By:  _/ s/ Joshua S. White_
                                   JOSHUA S. WHITE
                                   Attorneys for Defendant
                                   CITY AND COUNTY OF SAN FRANCISCO


Dated:  December 30, 2009

                                LAW OFFICES OF KENNETH FRUCHT


                            By:/s/    _Kenneth Frucht_____
                               KENNETH FRUCHT
                               Attorney for Plaintiff
                               KAREN NAJARRO

1  [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___January 5, 2010_____  _____
Hon. Charles R. Breyer
United States District Judge

