1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  BLAKE P. LOEBS, State Bar #145790
   JOSHUA S. WHITE, State Bar #237223
4  Deputy City Attorney
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868 (Loebs)
6  Telephone:    (415) 554-4259 (White)
   Facsimile:    (415) 554-3837
7  Email address:    blake.loebs@sfgov.org
   Email address:    joshua.white@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
10 AND TREVOR ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREN NAJARRO, | Case No. CV 09-2871 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, TREVOR ADAMS, and DOES 1-50, inclusive, | Trial Date:    Not Set |
| Defendants. | |

Stipulation and Proposed Order re Settlement
Najarro vs. CCSF, et al. CV09-2871                              1                    c:\documents and settings\mamartin\desktop\stipulation and proposed order re settlement.doc

1     WHEREAS, the parties have reached a settlement in this case;

2     WHEREAS, the settlement is contingent upon approval by the MTA Board;

3     WHEREAS, such approval typically takes three months.

5     The parties shall inform the Court once the MTA Board approves the settlement.

Dated: November _2_, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JOSHUA S. WHITE
Deputy City Attorneys

By: _/s/ Joshua S. White_
JOSHUA S. WHITE
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: November _2_, 2010

By: _/s/ Kenneth Frucht_
KENNETH FRUCHT
Attorney for Plaintiff
KAREN NAJARRO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _November 4, 2010_

HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*