1 DENNIS J. HERRERA, State Bar #139669
  City Attorney
2 JOANNE HOEPER, State Bar #114961
  Chief Trial Deputy
3 BLAKE P. LOEBS, State Bar #145790
  JOSHUA S. WHITE, State Bar #237223
4 Deputy City Attorney
  1390 Market Street, 6th Floor
5 San Francisco, California 94102-5408
  Telephone:      (415) 554-3868 (Loebs)
6 Telephone:      (415) 554-4259 (White)
  Facsimile:       (415) 554-3837
7 Email address:        blake.loebs@sfgov.org
  Email address:        joshua.white@sfgov.org

9 Attorneys for Defendants
  CITY AND COUNTY OF SAN FRANCISCO
10 AND TREVOR ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREN NAJARRO, | Case No. CV 09-2871 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, TREVOR ADAMS, and DOES 1-50, inclusive, | Trial Date:       Not Set |
| Defendants. | |

Stipulation and Proposed Order re Dismissal
Najarro vs. CCSF, et al. CV09-2871            1            c:\documents and settings\mamartin\desktop\najarro proposed
                                                                                                    dismissal.doc

1     WHEREAS, the parties have reached a settlement in this case;

2     WHEREAS, all necessary City boards and commissions approved the settlement;

3     WHEREAS, all terms of the settlement have been fully executed.

Dated: June 14, 2011

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    JOSHUA S. WHITE
    Deputy City Attorneys

    By: */s/ Joshua S. White*
    JOSHUA S. WHITE
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: June 14, 2011

    By: */s/ Kenneeth Frucht*
    KENNETH FRUCHT
    Attorney for Plaintiff
    KAREN NAJARRO

**ORDER**

This entire lawsuit, as to all plaintiffs, all defendants, all claims for relief, and all causes of action, is hereby DISMISSED WITH PREJUDICE.

Dated: June 15, 2011

    HON. CHARLES R. BREYER
    United States

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and Proposed Order re Dismissal
Najarro vs. CCSF, et al. CV09-2871      2      c:\documents and settings\mamartin\desktop\najarro proposed dismissal.doc